PROB 12C
FLNP(1/2013)

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alana Nicole James              Case Number: 1:22CR00016-003

Name of Sentencing Judicial Officer:   Honorable Allen Winsor, U.S. District Judge

Date of Original Sentence:   May 9, 2023

Original Offense: Count 1: Conspiracy to Distribute and Possess with Intent to Distribute 5 Kilograms or More of a Mixture and Substance Containing Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), and 846

Original Sentence: One (1) day imprisonment with credit for time served, followed by a seven (7) year term of supervised release.

Type of Supervision: Supervised Release          Date Supervision Commenced: 5/9/2023

Assistant U.S. Attorney: Christopher Elsey          Defense Attorney: Darren Johnson

---

### PETITIONING THE COURT

☐ To issue a warrant
☒ **To issue a summons**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about July 20, 2024, in Starke, Florida, the supervised releasee, was arrested by Bradford County Sheriff's Office and charged with DUI Alcohol or Drugs in Bradford County Case No. 04-2024-CT-000471-A, contrary to FS 316.193.1A. |
| 2 | **Violation of Standard Condition,** by leaving the judicial district without first securing permission of the probation officer. On or about July 20, 2024, the supervised releasee traveled to Starke, Florida, without securing the permission of the probation officer or the court, as evidenced by her arrest by the Bradford County Sheriff's Office. |
| 3 | **Violation of Standard Condition,** by failing to answer truthfully all inquiries by the probation officer. On July 23, 2024, the offender was questioned regarding the circumstances of her arrest in Starke, Florida, and she failed to provide truthful responses. |

U.S. Probation Officer Recommendation: The offender appear before the Court to show just cause as to why

Petition for Warrant or Summons for Offender Under Supervision
Page 2

her supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 25, 2024

Tunle Ver Bust
U.S. Probation Officer

THE COURT ORDERS:

☐ No Action.

☐ The Issuance of a Warrant

☒ The Issuance of a Summons.

☐ Other -

Signature of Judicial Officer

7/24/2024
Date

ALLEN C. WINSOR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF FLORIDA

Warrant/Summons Issued: _____  _____
                            Date           Deputy Clerk